# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3036

_____

United States of America,         *
                                   *

        Appellee,          *
                                   *    Appeal from the United States

v.                         *    District Court for the
                                   *    District of Nebraska.

Daniel Rangel-Mavie,       *
                                   *        [UNPUBLISHED]

        Appellant.        *

_____

Submitted: April 5, 2002
Filed: April 8, 2002

_____

Before McMILLIAN, BOWMAN, and BYE, Circuit Judges.

_____

PER CURIAM.

Daniel Rangel-Mavie appeals the sentence of 135 months of imprisonment and five years of supervised release imposed on him by the District Court[1] after he pleaded guilty to conspiracy to distribute and possess with intent to distribute in excess of 500 grams of a mixture or substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 846 (1994). Although Rangel-Mavie did not object to anything in the presentence report and received a sentence at the very bottom of the applicable Guidelines range, he argues that the District Court

_____

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Judge for the District of Nebraska.

"erred in not imposing a lesser sentence." There is no jurisdictional basis for reviewing a sentence merely because an appellant believes it is too harsh. See 18 U.S.C. § 3742(a)(1)-(4) (2000) (limiting appeals to sentences imposed in violation of law, sentences imposed due to incorrect application of Guidelines, sentences above applicable Guidelines range, and unreasonable sentences imposed for offenses for which there are no Guidelines).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.